# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**GENE GILBERT ELLIS III,**

          Petitioner,

vs.                            No. CIV-18-12 JCH/KRS

**RAYMOND SMITH, Warden, and
HECTOR H. BALDERAS, Attorney
General for the State of New Mexico,**

          Respondents.

## ORDER

**THIS MATTER** comes before the Court on *Respondents' Motion for an Extension of Time to Answer Gene Gilbert Ellis' Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]*. Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondents' Motion for an Extension of Time to Answer Gene Gilbert Ellis' Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]* [Doc. 8] is **GRANTED**;

**IT IS FURTHER ORDERED** that Respondents shall have until May 7, 2018 to file their answer.

                                                  _____
                                                  THE HONORABLE KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE