IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GENE GILBERT ELLIS,**

**Petitioner,**

vs.   No. CIV-18-12 JCH/KRS

**RAYMOND SMITH, Warden, and**
**HECTOR H. BALDERAS, Attorney**
**General for the State of New Mexico,**

**Respondents.**

## ORDER

**THIS MATTER** comes before the Court on *Respondents' Motion for an Extension of Time to File Their Amended Answer to Gene Gilbert Ellis' Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]*. Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondents' Motion for an Extension of Time to File Their Amended Answer to Gene Gilbert Ellis' Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]* [Doc. 26] is **GRANTED;**

**IT IS FURTHER ORDERED** that Respondents shall have until February 4, 2019 to file their amended answer.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE